UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLEN M. SCIOLI,

        Plaintiff,

v.

        Case Number 06-10763-BC
        Honorable Thomas L. Ludington

HENRY M. PAULSON, JR., Secretary
of the Treasury,

        Defendant.
_____/

## JUDGMENT

In accordance with the order granting summary judgment to Defendant entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: March 20, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 20, 2007.

        s/Tracy A. Jacobs
        TRACY A. JACOBS